## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATASHA WASHINGTON, individually, and as personal representative of the estate of Tirrell Williams,<br><br>            Plaintiff,<br><br>       v.<br><br>BOARD OF TRUSTEES OF FORT SCOTT COMMUNITY COLLEGE, et al.,<br><br>            Defendants. | Case No. 22-2393-JAR-RES |

## NOTICE AND ORDER TO SHOW CAUSE

To Plaintiff Natasha Washington, individually, and as personal representative of the estate of Tirrell Williams:

On September 29, 2022, Plaintiff filed a complaint naming Defendants The Board of Trustees of Fort Scott Community College and Carson Hunter. ECF No. 1. No summonses have been issued for service for any Defendant. On September 30, 2022, Plaintiff filed four *pro hac vice* motions, which the Court granted. ECF Nos. 3-7. The docket reflects no activity by Plaintiff since then.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days have passed since Plaintiff filed her complaint, and the docket lacks any proof of service on the Defendants. It therefore appears Plaintiff has not complied with Rule 4(m). Accordingly, the Court orders Plaintiff to show cause in writing by **January 20, 2023**, why the

Court should not recommend that the District Judge dismiss Plaintiff's claims without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: January 3, 2023, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge