UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATASHA WASHINGTON,<br>individually and as personal representative<br>of the ESTATE OF TIRRELL WILLIAMS<br><br>           Plaintiffs,<br>v.<br><br>THE BOARD OF TRUSTEES OF FORT<br>SCOTT COMMUNITY COLLEGE, and<br>CARSON HUNTER<br><br>           Defendants. | Case No. 2:22-cv-02393-JAR-RES |

**APPLICATION FOR ORDER OF COURT APPROVING CONFIDENTIAL
WRONGFUL DEATH SETTLEMENT AND APPORTIONMENT OF FUNDS**

COMES NOW Plaintiffs Natasha Washington, individually and as the personal representative of the Estate of Tirrell Williams, by and through undersigned counsel, Defendant The Board of Trustees of Fort Scott Community College, by and through undersigned counsel, and Defendant Carson Hunter, by and through undersigned counsel, and state to the Court as follows:

1. Tirrell Williams passed away on August 20, 2021.

2. Plaintiff Natasha Washington is the natural mother of Tirrell Williams.

3. Plaintiff Natasha Washington is the personal representative of the Estate of Tirrell Williams.

4. Tirrell Williams' natural father is deceased.

5. Tirrell Williams was not married at the time of his death and did not have any children at the time of his death.

6. Tirrell Williams died intestate.

7. Under Kansas law, Plaintiff Natasha Washington is the sole heir-at-law of decedent Tirrell Williams. *See* K.S.A. § 60-1902, K.S.A. § 59-507; *see also Johnson v. McArthur*, 226 Kan. 128, 133, 596 P.2d 148, 152 (1979); *Baugh v. Baugh ex rel. Smith*, 25 Kan. App. 2d 871, 874, 973 P.2d 202, 205 (1999).

8. Under Kansas law, Plaintiff Natasha Washington, as the personal representative of the Estate of Tirrell Williams, has standing to bring a survival action on behalf of Tirrell Williams. *See* K.S.A. § 60-1801; *Great Plains Tr. Co. v. Wallin*, 196 P.3d 958 (Kan. Ct. App. 2008); *Lewis v. BHS Coll. Meadows*, No. 03-4184-JAR, 2004 U.S. Dist. LEXIS 6983, at *14 (D. Kan. Apr. 21, 2004).

9. Plaintiffs have alleged that Defendants were negligent and that such negligence caused or contributed to Williams' death.

10. Plaintiffs further allege that Tirrell Williams survived for a period of time, but subsequently passed away due to his injuries.

11. Plaintiffs Natasha Washington, individually and as the personal representative of the Estate of Tirrell Williams, have made claims against Defendants for negligence, 42 U.S.C. § 1983, wrongful death, and a survival claim. At the time of the hearing, Natasha Washington, individually and as the personal representative of the Estate of Tirrell Williams, will sign a full confidential release, releasing any and all claims.

12. Defendants have denied, do deny, and continue to deny any liability for the alleged damages sustained by Plaintiffs.

13. This Application is being filed for the purpose of obtaining court approval of a resolution entered into between the parties.

14. Plaintiffs ask the Court to apportion 100% of the net settlement proceeds to Natasha Washington as sole heir of the decedent.

WHEREFORE, Plaintiffs Natasha Washington, individually and as the personal representative of the Estate of Tirrell Williams, Defendant The Board of Trustees of Fort Scott Community College, and Defendant Carson Hunter request that the Court enter Judgment on behalf of the Estate of Tirrell Williams and Natasha Washington, as the sole heir of Tirrell Williams, pursuant to the terms of the settlement agreement reached between the parties, and for such other relief the Court deems just and equitable.

Respectfully submitted,

DRZ LAW, LLC

/s/ Chris Dove
Christopher Dove      KS #21251
8700 State Line, Suite 305
Leawood, KS 66206
913-400-2033
chris@drzlawfirm.com

-and-

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
Philip F. Cossich, Jr. (LA Bar 1788)
Darren Sumich (LA Bar 23321)
Brandon J. Taylor (LA Bar 27662)
Jody J. Fortunato (LA Bar 31728)
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
*Pro Hac Vice*
ATTORNEYS FOR PLAINTIFFS


FRANKE SCHULTZ & MULLEN, P.C.

 /s Derek G. Johannsen
DEREK G. JOHANNSEN  KS #22569
DANIELLE M. UZELAC KS #26533
8900 Ward Parkway
Kansas City, MO 64114

(816) 421-7100 Phone
(816) 421-7915 Fax
djohannsen@fsmlawfirm.com
duzelac@fsmlawfirm.com
ATTORNEYS FOR DEFENDANT THE BOARD OF
TRUSTEES OF FORT SCOTT COMMUNITY
COLLEGE


  /s Scott J. Gunderson
Scott J. Gunderson, SC#10308
NELSON, GUNDERSON & LACEY
1861 N. Rock Road, Ste. 211
Wichita, Kansas 67206
Telephone: (316) 618-3800
Email: sjg@nelsongunderson.com
ATTORNEYS FOR DEFENDANT CARSON HUNTER