## CLERK'S COURTROOM MINUTE SHEET – CIVIL

NATASHA WASHINGTON,

                Plaintiff,

v.                                        Case No: 22-cv-02393-JAR

FORT SCOTT COMMUNITY COLLEGE &
CARSON HUNTER,

                Defendants.

**Appearing for Plaintiff(s):**          **Appearing for Defendant(s):**
Brandon Taylor                                   Derek Johannsen
Christopher Dove                               Scott Gunderson

| JUDGE: | Julie A. Robinson | DATE: | 8/15/2023 |
|---|---|---|---|
| CLERK: | Audra Harper | TAPE/REPORTER: | Kelli Stewart |

### SETTLEMENT APPROVAL HEARING

Parties appear by and through counsel.

Witness testimony provided and exhibit admitted.

Order to follow.