UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATASHA WASHINGTON,<br>individually and as personal representative<br>of the ESTATE OF TIRRELL WILLIAMS<br><br>  Plaintiffs,<br>v.<br><br>THE BOARD OF TRUSTEES OF FORT<br>SCOTT COMMUNITY COLLEGE, and<br>CARSON HUNTER<br><br>  Defendants. | Case No. 2:22-cv-02393-JAR-RES |

## ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

The above cause comes before the Court for approval of a wrongful death settlement. All parties appear by their respective counsel of record.

The parties hereto announce that, subject to the approval of this Court, they have agreed to waive a trial by jury and submit all remaining issues in this case to the Court. The parties announce that they have agreed upon a proposed settlement amount and have executed a Confidential General Release and Settlement Agreement, with accompanying exhibits.

WHEREUPON, upon hearing and after considering the evidence presented, and being fully advised in the premises, the Court finds as follows:

1.   That Plaintiff Natasha Washington is the only person entitled to bring an action for the wrongful death of Tirrell Williams and to participate in the proceeds of a wrongful death settlement.

2.   That the estate of Tirrell Williams has standing to bring a survival action on

interests of Plaintiffs, and is approved.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice, each party to bear their own costs and fees.

Dated: August 15, 2023

_____
Honorable Julie A. Robinson

Submitted and approved by:

Respectfully submitted,

/s/ Chris Dove
Christopher Dove   KS #21251
Dove Law LLC
3700 W 52nd Ter
Roeland Park, KS 66205
(816) 507-4443
chris@dovetriallaw.com

-and-

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
Philip F. Cossich, Jr. (LA Bar 1788)
Darren Sumich (LA Bar 23321)
Brandon J. Taylor (LA Bar 27662)
Jody J. Fortunato (LA Bar 31728)
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
*Pro Hac Vice*
ATTORNEYS FOR PLAINTIFFS


FRANKE SCHULTZ & MULLEN, P.C.

*/s/ Derek G. Johannsen*
DEREK G. JOHANNSEN  KS #22569
DANIELLE M. UZELAC KS #26533
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100 Phone
(816) 421-7915 Fax
djohannsen@fsmlawfirm.com
duzelac@fsmlawfirm.com
ATTORNEYS FOR DEFENDANT THE BOARD OF TRUSTEES OF FORT SCOTT COMMUNITY COLLEGE

4

*/s/ Scott J. Gunderson*
------------------------------
Scott J. Gunderson, SC#10308
NELSON, GUNDERSON & LACEY
1861 N. Rock Road, Ste. 211
Wichita, Kansas 67206
Telephone: (316) 618-3800
Email: sjg@nelsongunderson.com
ATTORNEYS FOR DEFENDANT CARSON HUNTER